UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>OVELL DUPREE WEBB,<br><br>    Defendant. | Case No.: CR14-5106BHS<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRE-TRIAL MOTIONS CUTOFF DATE |

THIS MATTER is before the Court on the stipulated motion of the government and the defendant in the above-captioned case to continue the pre-trial motions cutoff date in this matter.

HAVING CONSIDERED this motion, the file and the records in this case, the Court finds that the ends of justice are served by granting the continuance.

THE COURT FINDS THAT such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

IT IS THEREFORE ORDERED that the pre-trial motions cutoff date shall be continued to April 28, 2014.

IT IS SO ORDERED.

DONE this 9th day of April, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1