UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OVELL WEBB,<br><br>  Defendant. | CASE NO. CR14-5106BHS<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue the trial date. The Court, having considered the stipulated motion, the Defendant's speedy trial waiver and being familiar with the file, makes the following findings of fact and conclusions of law:

1. Discovery has been provided and the parties need additional time to assess and evaluate it.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of

ORDER - 1

this case before trial and to substantially ensure continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

4.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(i).

5.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B).

6.  Defendant waived speedy trial through July 31, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from May 13, 2014, to June 24, 2014, at 9:00 a.m.  Pretrial Conference is set for June 16, 2014, at 1:30 p.m.  The resulting period of delay from April 30, 2014, to June 24, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 8th day of May, 2014.

BENJAMIN H. SETTLE
United States District Judge